# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Patriot National, Inc. Securities Litigation | Case No. 1:17-cv-01866-ER <br><br> Honorable Edgardo Ramos |

## NOTICE OF MOTION AND MOTION FOR CLASS DISTRIBUTION ORDER

**PLEASE TAKE NOTICE** that Lead Plaintiffs ODS Capital LLC, Barry A. Smith, and Sunil Shah (collectively, "Lead Plaintiffs"), and named Plaintiff Adam Kayce (together with Lead Plaintiffs, "Plaintiffs"),[1] through Plaintiffs' Counsel, hereby move this Court for entry of the accompanying [Proposed] Class Distribution Order.

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Cheri Meyer in Support of Plaintiffs' Motion for Class Distribution Order; the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Dated: Februay 26, 2021

Respectfully submitted,

**BERGER MONTAGUE PC**

By: *s/ Lawrence Deutsch*
Lawrence Deutsch
Jacob M. Polakoff
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

---

[1] All capitalized terms that are not otherwise defined herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated December 20, 2018 (the "Stipulation," ECF No. 101-1).

Email: ldeutsch@bm.net
jpolakoff@bm.net

**GLANCY PRONGAY & MURRAY LLP**
Brian F. Murray
230 Park Ave, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: bmurray@glancylaw.com

-and-

Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs*

**THE GRANT LAW FIRM, PLLC**
Lynda J. Grant
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4441
Facsimile: (212) 292-4442
Email: lgrant@grantfirm.com

**SAFIRSTEIN METCALF**
Peter Safirstein
Elizabeth Metcalf
The Empire State Building
350 Fifth Avenue, Suite 5960
New York, NY 10118
Telephone: (212) 201-2845
Email: psafirstein@safirsteinmetcalf.com
emetcalf@safirsteinmetcalf.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (917) 697-8209

Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: February 26, 2021                *s/ Lawrence Deutsch*
                                                Lawrence Deutsch